IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-09 - 863 JSW |
| ) Plaintiff, ) | |
| ) | [PROPOSED] TRAVEL ORDER |
| vs. ) | |
| ) | |
| THOMAS CARTER, ) | |
| ) Defendant. ) | |
| _____ ) | |

The defendant's motion to be allowed to travel to Oregon to visit his wife's family for the Thanksgiving holiday is granted. The defendant may travel to Oregon from Wednesday, November 25, 2009 until Monday, November 30, 2009. The travel must be approved by the Pretrial Services office in advance of travel, and the defendant must comply with any reporting requirements imposed by that office.

Dated: November 20, 2009

_____
BERNARD ZIMMERMAN
UNITED STATES MAGISTRATE JUDGE

TRAVEL REQUEST                                1