BARRY J. PORTMAN
Federal Public Defender
GEOFFREY A. HANSEN
Chief Assistant Federal Public Defender
19th Floor Federal Building – Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant CARTER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 09-863 JSW |
| Plaintiff, ) | **DEFENDANT'S TRAVEL REQUEST** |
| vs. ) | |
| THOMAS CARTER, ) | |
| Defendant. ) | |

    The defendant Tom Carter wishes to travel to Shasta, California to spend Christmas with his extended family. Pretrial Services has been contacted, and undersigned counsel has not heard back from it although Mr. Carter has told counsel that the trip has been approved by his pretrial services officer. Undersigned counsel has also contacted the Assistant United States Attorney in this matter, who has indicated that he has no objection to the request.

    Mr. Carter therefore asks that he be allowed to travel to Shasta on December 24, 2010, 2010, to return on December 26, 2010, subject to approval by his pretrial services officer.

1 | Dated: December 21, 2010

2 | Respectfully submitted,

3 | BARRY J. PORTMAN
Federal Public Defender

4 |
/s/

5 |
GEOFFREY A. HANSEN
6 | Chief Assistant Federal Public Defender

9 |
10 | ~~[PROPOSED]~~ ORDER

11 | The defendant Tom Carter may travel to Shasta, California from December 24,
12 | 2010, to December 26, 2010, provided that he provides Pretrial Services with an itinerary for the
13 | trip and receives its approval prior to his departure.

16 | Dated:   December 21, 2010    _____
Bernard Zimmerman
17 | United States Magistrate Judge

2