PROPOSED ORDER/COVER SHEET

| | | | |
|---|---|---|---|
| TO: | The Honorable Bernard Zimmerman<br>U.S. Magistrate Judge | RE: | CARTER, Thomas Lee |
| FROM: | Roy Saenz, Chief<br>U.S. Pretrial Services Officer | DOCKET NO.: | CR 09 00863-4 JSW |
| DATE: | May 23, 2011 | | |

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

| Kenneth J. Gibson | 415-436-7513 |
|---|---|
| U.S. PRETRIAL SERVICES OFFICER | TELEPHONE NUMBER |

RE: MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding District Court Judge_____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☒ Modification(s)

*A. The defendant shall not travel outside the Northern District of California, except for travel to the Eastern District of California for employment and family visitation purposes, with the prior notification of the supervising Pretrial Services officer.*

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:

_____
_____

_____          24 May 2011
JUDICIAL OFFICER                              DATE

Cover Sheet (02/07/2011)