1  BARRY J. PORTMAN
   Federal Public Defender
2  GEOFFREY A. HANSEN
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   San Francisco, CA  94102
4  Telephone:  (415) 436-7700

5  Counsel for Defendant CARTER

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

11 UNITED STATES OF AMERICA,           )    No. CR-09-863 JSW
                                       )
12           Plaintiff,                )    **STIPULATION AND [PROPOSED]**
                                       )    **TRAVEL ORDER**
13 vs.                                 )
                                       )
14 THOMAS CARTER,                      )
                                       )
15           Defendant.                )
   _____)

17       The defendant has been offered work constructing and operating certain corporate exhibits at the Burning Man Festival in Nevada from August 25 through September 6, 2011, and has asked for permission to travel to Nevada during that time. Defense counsel has contacted the Assistant United States Attorney and the Pretrial Services Officer, and neither has an objection provided Mr. Carter clear his travel plans with his Pretrial Services Officer and submit to a drug test immediately upon his return.

         As a result, the parties stipulate that the defendant be allowed to travel from the Northern District of California to Nevada from August 25, 2011 until September 6, 2011 for employment purposes to construct and operate various corporate exhibits, with the understanding that upon his return to the Northern District the defendant will be drug tested immediately by Pretrial

Travel order CR 09-863 JSW                     1

1 | Services.

2 | **SO STIPULATED.**

3 | Date: August 24, 2011 _____/s/_____
4 | Geoffrey A. Hansen
Counsel for Thomas Carter

5 | Date: August 24, 2011 _____/s/_____
6 | Tarek Helou
Assistant United States Attorney

7 | **IT IS SO ORDERED.**

9 | Date: August 24, 2011 _____
10 | Bernard Zimmerman
United States Magistrate Judge